UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE SCOTT-CODIGA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　　Defendants. | Case No.: C 10-05450 PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO CONSENT OR TO REQUEST REASSIGNMENT** |

　　　　Plaintiff has requested the court continue the case management conference scheduled for March 29, 2011. Pursuant to Fed. R. Civ. P. 4(m), if a defendant is not served within 120 days after the complaint is filed, the court must dismiss the action unless the plaintiff shows good cause for the failure. Plaintiff filed the Complaint on December 1, 2010. Thus, Defendants must be served by March 31, 2011.

　　　　IT IS HEREBY ORDERED that the case management conference is continued to April 5, 2011 at 2 p.m.

　　　　IT IS FURTHER ORDERED that no later than April 1, 2011, the parties shall file a joint case management statement. If Defendants have not been served, Plaintiff must file a case management statement showing any good cause that exists for the failure to serve.

　　　　IT IS FURTHER ORDERED that no later than March 29, 2011, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or

ORDER, *page 1*

1  else a "Declination to Proceed Before a United States Magistrate Judge and Request for
2  Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)
3  section of the court's website at www.cand.uscourts.gov.

4  Dated: March 23, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge