1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE SCOTT-CODIGA,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, JERRY TEETER, VICTOR LURZ, COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 10-CV-05450-LHK<br><br>ORDER REGARDING CASE MANAGEMENT CONFERENCE |

This case is set for a Case Management Conference on May 18, 2011, at 2 p.m. Although Plaintiff recently filed an amended complaint, she has not filed a Case Management Statement, and it seems that Defendants have not yet appeared. The Court notes that Magistrate Judge Grewal has already continued the Case Management Conference twice, and the action has now been pending for over five months. Accordingly, Plaintiff must file a Case Management Statement by May 17, 2011, and appear at the Case Management Conference on May 18, 2011 to provide the Court with an update on the status of this case.

**IT IS SO ORDERED.**

Dated: May 16, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05450-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE