UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE SCOTT-CODIGA, ) | Case No.: 10-CV-05450-LHK |
| ) | |
| Plaintiff, ) | MINUTE ORDER AND CASE |
| v. ) | MANAGEMENT ORDER |
| ) | |
| COUNTY OF MONTEREY, MONTEREY ) | |
| SHERIFF'S DEPARTMENT, SHERIFF ) | |
| MIKE KANALAKIS, JERRY TEETER, ) | |
| VICTOR LURZ, COMMANDER MIKE ) | |
| RICHARDS; SGT JOE MOSES; and ) | |
| GILBERT AGUILAR and DOES 1 through 50, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |

Clerk: Martha Parker Brown        Plaintiff Attorney: Adam Cabral Bonner
Reporter: Lee-Anne Shortridge     Defendant Attorney: No appearance
Length of hearing: 8 minutes

A case management conference was held on May 18, 2011. As discussed at the case management conference, the Court hereby ORDERS as follows:

(1) By Friday May 20, 2011, Plaintiff shall file a stipulation by the parties waiving formal service of the First Amended Complaint and providing up to 30 additional days for Defendants to respond to the First Amended Complaint.

(2) If Plaintiff is unable to obtain a stipulation to waive formal service, Plaintiff shall file a status report on May 20, 2011, and complete formal service of the First Amended Complaint, including filing of proof of service, by May 27, 2011.

(3) By June 15, 2011, the parties shall file a joint proposed case schedule. If the parties cannot come to an agreement on certain dates, each party shall provide reasons explaining why its proposed dates should be adopted. The Court will issue a case schedule based upon this filing.

(4) The Court will hold a further Case Management Conference on September 14, 2011 at 2 p.m.

**IT IS SO ORDERED.**

Dated: May 18, 2011

_____
LUCY H. KOH
United States District Judge