CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE SCOTT-CODIGA,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, JERRY TEETER, VICTOR LURZ, COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR and Does 1 through 50, inclusive,<br><br>    Defendants | **Case No.: 5:10-cv-05450-LHK**<br><br>**STIPULATION OF SERVICE AND STIPULATION AND ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

The parties through their respective counsel of record hereby stipulate and agree to an order on the following issues:

1. Defendants, COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, JERRY TEETER, and VICTOR LURZ were timely served with Plaintiff's initial complaint.  Following service, Plaintiff filed a supplemental claim alleging new causes of action based on conduct which took place following the filing of the initial complaint.  Parties met and

conferred and decided it would be most efficient for Defendants to respond to Plaintiff's to-be-filed amended complaint rather than the filed and served initial complaint. Therefore parties agreed and hereby stipulate that Defendants do not have to respond to Plaintiff's initial complaint, filed on December 1, 2010.

2. Plaintiff filed an amended complaint on May 6, 2011. Plaintiff served Defendants, COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, JERRY TEETER, VICTOR LURZ, COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR, and each of them, with the amended complaint via email to Defendants' counsel. Parties hereby agree and stipulate that Plaintiff's email service is sufficient service for all Defendants and all Defendants are deemed to have been served with the amended complaint as of May 17, 2011, the day counsel for the Defendants acknowledge receipt of the amended complaint.

3. Parties hereby stipulate and agree that Defendants, COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, JERRY TEETER, VICTOR LURZ, COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR have until June 17, 2011 to file and serve a response to the amended complaint filed by Plaintiff GEORGINE SCOTT-CODIGA. Good cause exists for this enlargement of time (30 additional days) given the time and effort that will be necessary to prepare an appropriate responsive pleading. The amended complaint involves varied claims by plaintiff, comprises 24 pages, and sets

forth 10 causes of action in 86 paragraphs.  The causes of action include the following:

1. RETALIATION IN VIOLATION OF TITLE VII and FEHA;

2. RETALIATION IN VIOLATION OF 42 U.S.C. § 1983;

3. DISPARATE TREATMENT, TITLE VII AND FEHA,

4. FAILURE TO PREVENT DISCRIMINATION

5. INVASION OF PRIVACY

6. RETALIATION LABOR CODE 1102.5

7. VIOLATION OF LABOR CODE 1101 &1102

8. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;

9. VIOLATION of 42 U.S.C. § 1985

10. VIOLATION of 42 U.S.C. § 1986

IT IS SO STIPULATED

**Dated:  May 19, 2011**         **LAW OFFICES OF BONNER & BONNER**

                                 */s/ A. CABRAL BONNER*
                                 A. Cabral Bonner
                                 Attorney for Plaintiff

**Dated:  May 19, 2011**         **COUNTY COUNSEL FOR**
                                 **COUNTY OF MONTEREY**

                                 */s/ WILLIAM K. RENTZ*
                                 WILLIAM K. RENTZ
                                 Sr. Deputy County Counsel

//
//

**ORDER**

IT IS SO ORDERED. Defendants do not have to respond to Plaintiff's initial complaint filed on December 1, 2010.  All Defendants, COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, JERRY TEETER, VICTOR LURZ, COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR are deemed served with Plaintiff's amended complaint.  Defendants may have to and including June 17, 2011 by which to file and serve a response to Plaintiff's amended complaint.

Dated: May 20, 2011            _____
　　　　　　　　　　　　　　　　HONORABLE LUCY H. KOH
　　　　　　　　　　　　　　　　United States District Court Judge