1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE SCOTT-CODIGA, ) | Case No.: 10-CV-05450-LHK |
| ) | |
| Plaintiff, ) | ORDER SETTING CASE SCHEDULE |
| v. ) | |
| ) | |
| COUNTY OF MONTEREY, MONTEREY ) | |
| SHERIFF'S DEPARTMENT, SHERIFF ) | |
| MIKE KANALAKIS, JERRY TEETER, ) | |
| VICTOR LURZ, COMMANDER MIKE ) | |
| RICHARDS; SGT JOE MOSES; and ) | |
| GILBERT AGUILAR and DOES 1 through 50, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Court's Case Management Order, the parties filed a proposed case schedule for the instant action. Having considered the parties' suggested schedule and the nature of the case, the Court finds it appropriate to adopt a slightly abbreviated version of the parties' proposed schedule, as outlined below.

The Court hereby sets the following case schedule:

FACT DISCOVERY CUTOFF is April 27, 2012.

DESIGNATION OF EXPERTS: May 25, 2012.  Rebuttal disclosures:  June 15, 2012.

EXPERT DISCOVERY CUT-OFF is July 13, 2012.

DISPOSITIVE MOTIONS shall be filed by August 9, 2012 and set for hearing no later than September 13, 2012.

PRETRIAL CONFERENCE DATE is October 31, 2012 at 2 p.m.

1

1   JURY TRIAL DATE is November 13, 2012 at 9 a.m. in courtroom 8, 4th floor.

2   TRIAL LENGTH is estimated to be 10 days.

3   **IT IS SO ORDERED.**

5   Dated: July 22, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-05450-LHK
ORDER SETTING CASE SCHEDULE