CHARLES J. McKEE #152458
County Counsel
SUSAN K. BLITCH #187761
Deputy County Counsel
County of Monterey
168 W. Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283

Attorneys for Defendants,
COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, JERRY TEETER, VICTOR LURZ, COMMANDER MIKE RICHARDS, SGT JOE MOSES, AND GILBERT AGUILAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE SCOTT-CODIGA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, JERRY TEETER, VICTOR LURZ, COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR and Does 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 5:10-cv-05450-LHK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CHANGING ADR PROCESS FROM COURT MEDIATION TO PRIVATE MEDIATION |

Subsequent to the Joint Case Management Conference Hearing held on September 22, 2011, the parties met and conferred regarding various issues in this case and determined it was their belief that private mediation would have the best chance of resolving the instant action, as well as other outstanding employment issues concerning Plaintiff.  The parties agreed to use Judge Richard Silver (retired) of JAMS as a mediator.  Accordingly the parties, through their respective counsel of record, hereby stipulate and agree to an order on the following issues:

1

1       1.     The parties agree to hold the ADR session by private mediation through JAMS,

2             with Judge Richard Silver (retired).

3       2.     Mediation shall be completed within 90 days of this order.

4   IT IS SO STIPULATED.

5   Dated: _10/5/2011_              LAW OFFICES OF BONNER & BONNER

6

7                                     A. CABRAL BONNER, Attorneys for Plaintiff

8

9   Dated: _____         JONES & MAYER

10

11                            JAMES R. TOUCHSTONE, Attorneys for
Defendant Sheriff Mike Kanalakis

12

13   Dated: _____        MONTEREY COUNTY COUNSEL

14

15                            SUSAN K. BLITCH, Attorneys for Defendants
County of Monterey, Monterey Sheriff's Dept.,

16                            Jerry Teeter, Victor Lurz, Cmdr. Mike Richards,
Sgt. Joe Moses, and Gilbert Aguilar

17

18                               **ORDER**

19       Pursuant to the stipulation of the parties and good cause appearing, the Court orders that

20   the Court's prior order of September 22, 2011 setting the matter for Court Mediation is hereby

21   rescinded.  The Court hereby orders that private mediation of this matter be completed within 90

22   days of this order.

23       **IT IS SO ORDERED.**

24   Dated: _____

25                               HONORABLE LUCY H. KOH
United States District Court Judge

26

27

28                             2

1      1.     The parties agree to hold the ADR session by private mediation through JAMS,

2            with Judge Richard Silver (retired).

3      2.     Mediation shall be completed within 90 days of this order.

4  IT IS SO STIPULATED.

5  Dated: _____          LAW OFFICES OF BONNER & BONNER

6

7                                A. CABRAL BONNER, Attorneys for Plaintiff

8

9  Dated: 10/4/11          JONES & MAYER

10

11                        JAMES R. TOUCHSTONE, Attorneys for
Defendant Sheriff Mike Kanalakis

12

13  Dated: _____          MONTEREY COUNTY COUNSEL

14

15                        SUSAN K. BLITCH, Attorneys for Defendants
County of Monterey, Monterey Sheriff's Dept.,

16                        Jerry Teeter, Victor Lurz, Cmdr. Mike Richards,
Sgt. Joe Moses, and Gilbert Aguilar

17

18                        **ORDER**

19      Pursuant to the stipulation of the parties and good cause appearing, the Court orders that

20  the Court's prior order of September 22, 2011 setting the matter for Court Mediation is hereby

21  rescinded.  The Court hereby orders that private mediation of this matter be completed within 90

22  days of this order.

23     **IT IS SO ORDERED.**

24  Dated: _____

25                        HONORABLE LUCY H. KOH
United States District Court Judge

26

27

28                           2

1.  The parties agree to hold the ADR session by private mediation through JAMS,
with Judge Richard Silver (retired).

2.  Mediation shall be completed within 90 days of this order.

IT IS SO STIPULATED.

Dated: _____                    LAW OFFICES OF BONNER & BONNER

                                          _____
                                          A. CABRAL BONNER, Attorneys for Plaintiff

Dated: _____                    JONES & MAYER

                                          _____
                                          JAMES R. TOUCHSTONE, Attorneys for
                                          Defendant Sheriff Mike Kanalakis

Dated: 10/3/11                            MONTEREY COUNTY COUNSEL

                                          _____
                                          SUSAN K. BLITCH, Attorneys for Defendants
                                          County of Monterey, Monterey Sheriff's Dept.,
                                          Jerry Teeter, Victor Lurz, Cmdr. Mike Richards,
                                          Sgt. Joe Moses, and Gilbert Aguilar

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Court orders that the Court's prior order of September 22, 2011 setting the matter for Court Mediation is hereby rescinded.  The Court hereby orders that private mediation of this matter be completed within 90 days of this order.

**IT IS SO ORDERED.**

Dated: October 7, 2011                    _____
                                          HONORABLE LUCY H. KOH
                                          United States District Court Judge

2