CHARLES J. McKEE #152458
County Counsel
SUSAN K. BLITCH #187761
Deputy County Counsel
County of Monterey
168 W. Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283

Attorneys for Defendants,
COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, JERRY TEETER,
VICTOR LURZ, COMMANDER MIKE RICHARDS, SGT JOE MOSES, AND GILBERT
AGUILAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE SCOTT-CODIGA,<br><br>                                Plaintiff,<br><br>        vs.<br><br>COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, JERRY TEETER, VICTOR LURZ, COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR and Does 1 through 50, inclusive,<br><br>                                Defendants. | Case No. 5:10-cv-05450-LHK<br><br>STIPULATION AND PROPOSED ORDER CHANGING TIME IN WHICH DEFENDANTS' REPLY BRIEFS ARE DUE<br>(Civil L.R. 6-2) |

        The parties to this action submitted to mediation on November 17, 2011.  At the

conclusion of the mediation, the parties reached a tentative settlement agreement contingent on

the approval by the County of Monterey Board of Supervisors.

        Currently, Defendants' Reply to Plaintiff's Opposition to Motions to Dismiss is due on

November 21, 2011.  In order to avoid unnecessary time and effort in preparing the reply briefs,

1

the parties, through their respective counsel of record, hereby stipulate and agree to and respectfully request an order on the following issues:

     1.    The parties agree that Defendants' Reply to Plaintiff's Opposition to Motions to Dismiss Plaintiff's Second Amended Complaint be filed with the Court by December 15, 2011.

IT IS SO STIPULATED.

Dated: November 21, 2011          LAW OFFICES OF BONNER & BONNER

                                   _____/s/_____
                                   A. CABRAL BONNER, Attorneys for Plaintiff

Dated: November 21, 2011          JONES & MAYER

                                     _____/s/_____
                                   JAMES R. TOUCHSTONE, Attorneys for Defendant Sheriff Mike Kanalakis

Dated: November 21, 2011          MONTEREY COUNTY COUNSEL

                                   _____/s/_____
                                   SUSAN K. BLITCH, Attorneys for Defendants County of Monterey, Monterey Sheriff's Dept., Jerry Teeter, Victor Lurz, Cmdr. Mike Richards, Sgt. Joe Moses, and Gilbert Aguilar

## ORDER

     Pursuant to the stipulation of the parties and good cause appearing, the Court orders that Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss Plaintiff's Second Amended Complaint is to be filed with the Court by December 15, 2011.

     **IT IS SO ORDERED.**

Dated: November 22, 2011 _____     *Lucy H. Koh*_____

                                   HONORABLE LUCY H. KOH
                                   United States District Court Judge