1  CHARLES J. McKEE #152458
   County Counsel
2  SUSAN K. BLITCH #187761
   Deputy County Counsel
3  County of Monterey
   168 W. Alisal Street, Third Floor
4  Salinas, California 93901-2653
   Telephone: (831) 755-5045
5  Facsimile: (831) 755-5283

6

7  Attorneys for Defendants,
   COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, JERRY TEETER,
   VICTOR LURZ, COMMANDER MIKE RICHARDS, SGT JOE MOSES, AND GILBERT
8  AGUILAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GEORGINE SCOTT-CODIGA, | Case No. 5:10-cv-05450-LHK |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER CHANGING TIME IN WHICH DEFENDANTS' REPLY BRIEFS ARE DUE |
| vs. | (Civil L.R. 6-2) |
| COUNTY OF MONTEREY, MONTEREY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, JERRY TEETER, VICTOR LURZ, COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR and Does 1 through 50, inclusive, | |
| Defendants. | |

The parties to this action submitted to mediation on November 17, 2011. At the conclusion of the mediation, the parties reached a tentative settlement agreement contingent on the approval by the County of Monterey Board of Supervisors.

Currently, Defendants' Reply to Plaintiff's Opposition to Motions to Dismiss is due on November 21, 2011. In order to avoid unnecessary time and effort in preparing the reply briefs,

1

the parties, through their respective counsel of record, hereby stipulate and agree to and respectfully request an order on the following issues:

1. The parties agree that Defendants' Reply to Plaintiff's Opposition to Motions to Dismiss Plaintiff's Second Amended Complaint be filed with the Court by December 15, 2011.

IT IS SO STIPULATED.

Dated: November 21, 2011          LAW OFFICES OF BONNER & BONNER

_____/s/_____
A. CABRAL BONNER, Attorneys for Plaintiff

Dated: November 21, 2011          JONES & MAYER

_____/s/_____
JAMES R. TOUCHSTONE, Attorneys for
Defendant Sheriff Mike Kanalakis

Dated: November 21, 2011          MONTEREY COUNTY COUNSEL

_____/s/_____
SUSAN K. BLITCH, Attorneys for Defendants
County of Monterey, Monterey Sheriff's Dept.,
Jerry Teeter, Victor Lurz, Cmdr. Mike Richards,
Sgt. Joe Moses, and Gilbert Aguilar

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court orders that Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss Plaintiff's Second Amended Complaint is to be filed with the Court by December 15, 2011.

**IT IS SO ORDERED.**

Dated: November 22, 2011

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Court Judge

2

~~Proposed~~ Order re Motion to Dismiss                              Case No. 5:10-cv-05450-LHK