UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE SCOTT-CODIGA, | Case No.: 10-CV-05450-LHK |
| Plaintiff, | ORDER RE: STIPULATION OF DISMISSAL |
| v. | |
| COUNTY OF MONTEREY; MONTEREY SHERIFF'S DEPARTMENT; SHERIFF MIKE KANALAKIS; JERRY TEETER; VICTOR LURZ; COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR and DOES 1 through 50, inclusive; | |
| Defendants. | |

On November 21, 2011, the parties informed the Court that the case had reached a settlement agreement, contingent on approval from the County of Monterey Board of Supervisors. ECF No. 55.  On November 22, 2011, per the parties' stipulation, the Court issued an order continuing the date by which Defendant must file its reply in support of its motion to dismiss Plaintiff's first amended complaint to December 15, 2011.  ECF No. 56.  A Case Management Conference is currently scheduled for December 7, 2011.  Per Civil Local Rule 16-10(d), the parties were required to file a joint case management statement on November 30, 2011, but did not do so.  By December 2, 2011, at 5:00 p.m. PST, the parties shall file a joint status report informing the Court on the progress the parties have made toward obtaining approval from the County of Monterey Board of Supervisors and when the parties will file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: December 1, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05450-LHK
ORDER RE: STIPULATION OF DISMISSAL