UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE SCOTT-CODIGA, | Case No.: 10-CV-05450-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| COUNTY OF MONTEREY; MONTEREY SHERIFF'S DEPARTMENT; SHERIFF MIKE KANALAKIS; JERRY TEETER; VICTOR LURZ; COMMANDER MIKE RICHARDS; SGT JOE MOSES; and GILBERT AGUILAR and DOES 1 through 50, inclusive; | |
| Defendants. | |

On November 21, 2011, the parties informed the Court that the case had reached a settlement agreement, contingent on approval from the County of Monterey Board of Supervisors. ECF No. 55.  A Case Management Conference is currently scheduled for December 7, 2011.  On December 2, 2011, pursuant to the Court's Order, the parties filed a joint status report informing the Court that the County of Monterey Board of Supervisors had approved the settlement, but that Plaintiff needed more time to dismiss/withdraw her EEOC complaint, and Defendants needed more time to issue a settlement check and handle payroll issues.  ECF No. 58.

In light of this, the Court will continue the Case Management Conference to December 21, 2011, at 2:00 p.m.  By December 14, 2011, Plaintiff shall dismiss/withdraw her EEOC complaint, and Defendants shall issue payment; otherwise, on December 14, 2011, the parties shall set a date by which they will file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: December 5, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05450-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE